STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

SALVADOR ROMAN RIVERA

Case No. 10-11159-BKT

Chapter 13    Attorney Name: MARILYN VALDES ORTEGA*

### I. Appearances

Debtor [/] Present [ ] Absent
Joint Debtor [ ] Present [ ] Absent
Attorney for Debtor [/] Present [ ] Absent
[ ] Pro-se
[/] Substitute _Att. J. Rodriguez_

Date: January 04, 2011
Time: 2:05 pm    Track: ——
[/] This is debtor(s)/ST Bankruptcy filing.
Liquidation Value: $4,267.00
Creditors _Herrera – BPPR_

### II. Oath Administered
[/] Yes    [ ] No

### III. Documents Filed/Provided

[/] Schedules
[/] Statement of Financial Affairs (SOFA)
[/] Statement of Current Monthly Income (SCMI)
[/] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[/] State Tax Returns _07-09_ [/] Returned
[ ] Federal Tax Returns_____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

### IV. Status of Meeting    [ ] Closed    [ ] Not Held    [/] Continued _____ at _____

### V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

_for 30 days as requested by debtor pursuant to sect. 1308. After February 4, 2011, meeting will be deemed closed._

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[/] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
   [ ] Missing    [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete    [ ] Missing
   [ ] Fails commitment period    [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing    [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

[ ] Treat value of collateral separately
[ ] No provision for insurance
[/] Tax returns missing
   [/] State - years _06_
   [ ] Federal - years _____

_Employed by London Construction._

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

SALVADOR ROMAN RIVERA                     Case No. 10-11159-BKT

                          Chapter 13      Attorney Name: MARILYN VALDES ORTEGA*

| VI. Plan (Cont.) |
| --- |
| Date: November, 30, 2010  Base $ 23,100.00  [X] Filed   Evidence of Pmt shown: _____ |
| Payments _1_ made out of _1_ due.   [ ] Not Filed |

| VII. Confirmation Hearing Date: January, 28, 2011 | VIII. Attorney's fees as per R. 2016(b) $3,000.00 - $ 100.00 = $ 2,900.00 |
| --- | --- |

IX. Documents to be provided w/in ____ days

[ ] Amended schedules _____          [ ] Amended S.O.F.A. _____
[ ] Insurance estimate                         [ ] Amended plan
                                               [ ] Business Documents
[ ] Assumption/Rejection executory contract       [ ] Monthly reports for the months

[ ] Appraisal _____

[ ] State tax returns years _____    [ ] Public Liability Insurance
[ ] Federal tax returns years _____  [ ] Premises_____
[ ] Correct SS # (Form B21)                    [ ] Vehicle(s)_____
   [ ] Debtor [ ] Joint debtor                 [ ] Licenses issued by:
[ ] Other:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

(?) Debtor testified that his residence (wood & zinc) was constructed upon his mother's residence - approx. value of $15,000.00.

_____                                     Date: January 04, 2011
Trustee/Presiding Officer                                 (Rev.